CONCETTA ZODA et al., Respondents, *v.* NATIONAL CITY BANK OF NEW YORK, as Substituted Trustee under the Will of RICHARD FICKEN, Deceased, Appellant.

Submitted March 8, 1940; decided April 9, 1940.

*Walter L. Glenney* and *Chauncey L. Grant* for appellant. *Max Sale* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.